Order issued: November 30 , 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01708-CV

HAL RACHAL, JR., Appellant

V.

LETKIEWICZ & FOSTER, Appellee

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2

## ORDER

By order dated November 20, 2012, we ordered Joie Rivera, Official Court Reporter for Probate Court No. 2 of Dallas County, Texas, to file within ten days either the reporter's record or written verification of no request or no payment. We cautioned appellant that if the Court received notice of no request or no payment, we would order the appeal submitted without a reporter's record.

On November 26, 2012, the Court received a letter from Mr. Rivera stating that he had not received payment for the reporter's record from appellant. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

DOUGLAS S. LANG
JUSTICE